AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. **1:22-MJ-00061** |
| **PHILLIP DEAN** | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 19, 2022__ in the county of __Hamilton__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Prohibited Person |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

**REED J COLLIER**
Digitally signed by REED J COLLIER
Date: 2022.01.27 09:51:47 -05'00'

*Complainant's signature*

Reed Collier, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.
**via electronic means, specifically Facetime video.**

Date: **Jan 27, 2022**

*Stephanie K. Bowman*
*Judge's signature*

City and state: Cincinnati, Ohio  Hon. Stephanie K. Bowman, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A CRIMINAL COMPLAINT**

I, Reed Collier, being duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of a criminal complaint pursuant to Rule 4 of the Federal Rules of Criminal Procedure, charging Phillip DEAN with violation of 18 U.S.C. § 922(g)(1), Possession by a Prohibited Person.

2. I am a Special Agent (SA) with the United States Department of Homeland Security (DHS), Homeland Security Investigations (HSI) and have been so employed since August 2020. Prior to this, I was a Special Agent with the U.S. Secret Service for two and a half years in Detroit, Michigan, during which time I was assigned to a Cyber Fraud Task Force. Prior to that, I was a Police Officer for two and a half years in Fairfield, Ohio. I have received extensive training in the investigation of drug trafficking, firearms violations, financial crimes, and cellphone analytics from the Federal Law Enforcement Training Centers, HSI, the U.S. Secret Service and the Ohio Peace Officers Training Academy, as well as ongoing in-service training.

3. By virtue of my employment with HSI, I preform and have preformed various tasks relating to the investigation of drug traffickers which include, but are not limited to: conducting surveillance for the primary purpose of observing the activities and movements of drug traffickers, functioning as a case agent which entails the supervision of specific aspects of drug investigations, and the tracing and tracking of monies and assets gained by drug traffickers from the illegal sale of drugs.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended

to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

5.      On January 19, 2022, Cincinnati Police Department (CPD) Officers Jerome Herring, Katie Hoffbauer, and Kevin Broering were conducting surveillance in the area of Millvale Circle in Cincinnati, Ohio, which is located in the Southern District of Ohio. Millvale is a high-crime neighborhood, with high levels of drug trafficking and violent crime.

6.      While on surveillance, officers saw a male, later identified as Phillip DEAN, operating a Ford Explorer bearing Ohio license plate HSC1620, parked on the left side of Millvale Circle in violation of several clearly marked "no parking" signs. Millvale Circle is a single lane, one-way street with parking only on the right side of the road. DEAN caused multiple vehicles to drastically slowdown to fit between his illegally parked vehicle on the left side of Millvale Circle and the legally parked vehicles on the right. The location where DEAN was illegally parked was impeding the reasonable flow of traffic in violation of Ohio Revised Code Section 4511.22.

7.      Officers saw an unidentified person leaning into the driver side window of DEAN's vehicle and appeared to be talking with DEAN and DEAN's passenger. Additionally, officers saw that DEAN was parked near a large group of individuals that appeared to be conducting drug transactions due to the frequent short-term foot traffic. Investigators previously received information regarding drug sales occurring on Millvale Circle and have personally observed hand-to-hand drug transactions occurring on Millvale Circle and the adjacent parking lot during past investigations.

8.      Officers surveilling DEAN were forced to drastically slowdown, almost to an idle, to squeeze between DEAN's illegally parked vehicle and the legally parked vehicle on the right

side of the road. Officers repositioned their vehicle to the only exit to Millvale Circle to continue surveillance. As DEAN departed Millvale Circle and approached Beekman Street, surveilling officers watched DEAN's vehicle approach the intersection of Millvale Circle and Beekman Street. As DEAN approached the intersection, he failed to activate the vehicle's turn signal prior to 100 feet of the intersection, in violation of the Ohio Revised Code Section 4511.39. DEAN didn't signal the turn until the vehicle was already stopped at the intersection of Millville Court and Beekman Street. Investigators relayed this information, and DEAN's previous violation for impeding traffic, to uniformed CPD officers operating a marked police vehicle. Uniformed officers stopped DEAN's vehicle on Beekman Street near Hopple Street.

9. As officers approached DEAN's vehicle, officers saw DEAN reaching down to his pants pockets in an apparent attempt to conceal something. Officers knocked on the windows a few times before DEAN rolled down the window to talk to the officers. After DEAN rolled down the window, DEAN continued to reach into his pockets and between the seat and center console. Officers asked DEAN to exit the vehicle, and as officers reached into the vehicle to unlock the door and open it, DEAN attempted to pull the door closed and had to be forced out of the vehicle. As DEAN was exiting the vehicle, officers saw a bag of marijuana in plain view on the floorboard of the vehicle beneath DEAN's feet. As officers began to handcuff DEAN, they immediately discovered a bag of crack cocaine in the cuff of DEAN's shirt sleeve.

10. During a search of DEAN's person, officers found a large bag of methamphetamine, a Taurus G2C pistol, and $6,430 in U.S. Currency concealed in DEAN's pants.

11. Prior to January 19, 2022, DEAN had been convicted of a crime punishable by a term of imprisonment exceeding one year. Specifically, DEAN was convicted in the Hamilton County (Ohio) Court of Common Pleas of Carrying Concealed Weapons (F4) and Having

Weapons under Disability (F3) in case number B0411578. Carrying Concealed Weapons and Having Weapons under Disability are crimes punishable by a term of imprisonment exceeding one year. DEAN was sentenced to a term of imprisonment of more than one year and therefore, on January 19, 2022, DEAN knew he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year.

12. ATF Special Agent William Crayner conducted an interstate nexus inquiry on the firearm. The firearm was identified as a Taurus, Model G2C, 9mm, pistol with serial number TLX57857. SA Crayner determined that the firearm was manufactured outside the State of Ohio and therefore traveled in interstate and/or foreign commerce prior to January 19, 2022.

13. All of the events described above occurred within the Southern District of Ohio.

14. Based on the facts set forth in the Affidavit, there is probable cause to believe that on or about January 19, 2022, in the Southern District of Ohio, Phillip DEAN possessed a firearm and/or ammunition in violation of Title 18, United States Code, Section 922(g)(1).

Respectfully submitted,

REED J COLLIER
Digitally signed by REED J COLLIER
Date: 2022.01.27 09:52:26 -05'00'

Reed Collier
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me on this _27_ day of January, 2022
via electronic means, specifically Facetime video.

HON. STEPHANIE K. BOWMAN
UNITED STATES MAGISTRATE JUDGE

Page **4** of **4**